■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSCAR L. SNEED, JR., Appellant. [595 NYS2d 341] —Judgment unanimously modified as a matter of discretion in the interest of justice and as modified affirmed in accordance with the following Memorandum: Defendant's contention that his state-

ment should have been suppressed based on a violation of *Payton v New York* (445 US 573) was not raised before the suppression court and is unpreserved for our review *(see, People v Martin,* 50 NY2d 1029). We decline to reach that issue in the interest of justice. We modify, however, to provide that all sentences run concurrently *(see,* CPL 470.15 [6] [b]). (Appeal from Judgment of Monroe County Court, Egan, J.— Attempted Rape, 1st Degree.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.